**PLAINTIFF'S EXHIBIT A**

"Equal Housing Opportunity"

## LEASE TERMINATION

To: Darnell Johnson
#142

Date: 8-3-05

In accordance with your lease, Sections 4 & 13, for the premises now occupied by you situated at and known as apt. 142 in _____ Apartments you are hereby notified that your lease terminated effective 8-3-05, Due to your violating your lease:

*domestic violence between your Cooper + you and #144 (upstairs) — [illegible handwriting] Have copy of police report —*

Authority for this action is Page 3, Section 7 (b); Rural Economic and Community Development Instruction 1930-C which authorized termination of lease due to one or more substantial violations of the lease. You do not have a right to appeal this action under the provision of Paragraph 1944-553 (e) of the Rural Economic and Community Development Instruction 1944-L because of the circumstances for which your lease is being terminated. You may review your file during the hours of 9AM to 5PM Monday through Friday or by special appointment.

We take this opportunity to remind you that, in accordance with your Rural Economic and Community Development approved lease, you do have the right to request an informal hearing with the resident manager within ten (10) days. If you remain in the premises subsequent to 8-3-05 (ten (10) days from delivery of this notice), judicial action will be initiated to enforce termination, at which time you may present a defense. Failure to comply with this Lease Termination Notice may result in legal fees being charged to you.

Sincerely,

[signature]
Resident Manager

Dated this 3 day of Aug, 05.

Sworn by me that copies of the above notice were delivered by hand and left at the premises noted above on the 4 day of Aug, 05 and mailed by first class mail to the premises noted above on the ___ day of ___

[signature]
Resident Manager