PLAINTIFF'S EXHIBIT C

"Equal Housing Opportunity"

## LEASE TERMINATION

To: Danyell Johnson    Date: 1-20-06
#142

In accordance with your lease, Sections 4 & 13, for the premises now occupied by you situated at and known as apt. 142 in _Countree_ Apartments you are hereby notified that your lease terminated effective 1-20-06
Due to your violating your lease: Page 2 - P5 of Your Lease

☐ Payment of the net monthly tenant contribution including occupancy surcharge (rental payments) is due in advance on first day of each month. Payments must be received by the Management at _Green Tree Office_ during posted office hours by the tenth of each month. In other words, there is a ten (10) day grace period in which to make payments. If Lessee's payment is not received by the management by the tenth of each month, then the Lessee will be in default will receive an immediate eviction notice. Acceptance of the payment by Lessor after the tenth day of the month does not relieve Lessee from this lease violation. If the tenth falls on a weekend then payment will be accepted on the following Monday.

Authority for this action is Page 3, Section 7 (b). Rural Economic and Community Development Instruction 1930-C which authorized termination of lease due to one or more substantial violations of the lease. You do not have a right to appeal this action under the provision of Paragraph 1944-553 (e) of the Rural Economic and Community Development Instruction 1944-L because of the circumstances for which your lease is being terminated. You may review your file during the hours of 9AM to 5PM Monday through Friday or by special appointment.

We take this opportunity to remind you that, in accordance with your Rural Economic and Community Development approved lease, you do have the right to request an informal hearing with the resident manager within ten (10) days. If you remain in the premises subsequent to _1-3/06_ (ten (10) days from delivery of this notice), judicial action will be initiated to enforce termination, at which time you may present a defense. Failure to comply with this Lease Termination Notice may result in legal fees being charged to you.

Sincerely,

_____
Resident Manager

Dated this 20 day of _January_, 06.

Sworn by me that copies of the above notice were delivered by hand and left at the premises noted above on the 20 day of _January_ 06 and mailed by first class mail to the premises noted above on the 20 day of _Jan_, 06.

_____
Resident Manager