

# EUFAULA HOUSING AUTHORITY
## SECTION 8 RENTAL ASSISTANCE
P.O. Box 36
Eufaula, AL 36027
(334) 687-2029



PLAINTIFF'S EXHIBIT
D

January 6, 2005

Greentree Apartments
300 Boynton St. #149
Headland, AL 36345

Dear Mrs. Woodham:

This letter is in reference to Ms. Danyell Johnson, a former Section 8 participant. On September 1, 2005 Section 8 Rental Assistance was terminated based on a lease violation by Ms. Johnson. In Greentree Apartments lease it states as follows,

- Residents are responsible for the conduct of their guests in the apartments of outside the premises.
- YOUR CONSIDERATION FOR YOUR NEIGHBORS WILL RESULT IN THEIR CONSIDERATION FOR YOU.
- If it is necessary for the Police to answer any complaint at your apartment, you may be required to move.
- All guests are totally the responsibility of the resident and any violation of the rules or lease by a quest may cause the resident to have to move.

According to the lease and the evidence that was since to our office concerning this matter it is obvious that Ms. Johnson violated her lease agreement. When the guest of Ms. Johnson got into an altercation with another resident who resides at the same complex instantly violated the lease.

Please refer to the Payments Contract between the Owner and the HA part b number 7 Termination of Tenancy by Owner. I'm sorry to inform you that at this time The Section 8 Program unfortunately is unable to reinstate rental assistance. Due to a budget cut in our funding, the Section 8 waiting list is closed and we are not excepting applications at this time.

Sincerely,
*Mary Eva Upshaw*
Section 8 Coordinator