IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANYELL A. JOHNSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO._____ |
| ) | |
| HOUSING AUTHORITY OF THE CITY ) | |
| OF EUFAULA, a public corporation; ) | |
| TOM WACHS in his official capacity as the ) | |
| Executive Director of the Housing ) | |
| Authority of the City of Eufaula, ) | |
| a public corporation; Mary Eva Upshaw, ) | |
| in her capacity as Section 8 Coordinator ) | |
| of the Housing Authority of the City of ) | |
| Eufaula, a public corporation; and Mary ) | |
| Thomas, in her official capacity as housing ) | |
| manager of the Housing Authority of the City ) | |
| of Eufaula, a public corporation. ) | |

PLAINTIFF'S EXHIBIT E

STATE OF ALABAMA)
COUNTY OF HENRY )

### AFFIDAVIT IN SUPPORT OF PRAYER
### FOR INJUNCTIVE RELIEF

COMES NOW Plaintiff, Danyell Johnson, and being duly sworn, deposes and says the following:

1. My only source of income is from my wages and this amount averages around $947.19 per month. I do not receive any child support for my three children.

2. I was receiving rental assistance from the Eufaula Housing Authority (EHA) through

the Section 8 program of the Department of Housing and Urban Development but the Defendants cut off this assistance as of 9/1/05. My children and I live in Greentree Apartments in Headland, Henry County, Alabama. The management of Greentree, the landlord, did take steps to evict me, including filing a case in the district court of Henry County, but the attorneys, the landlord and I were able to work out this dispute. There was a settlement agreement filed with the court and the landlord withdrew the termination notice and continued with my lease.

    3.    I did not know that my Section 8 housing assistance had been cut off. The landlord told me that the rent was behind but I had not gotten any notice at all from the EHA that told me anything about this. I contacted the EHA to check on my housing assistance. I was told that I was approved and what information to bring in. I hired someone to take me to Eufaula and, when I got there, I was told that I would not be approved for ongoing assistance and that my Section 8 had been canceled because I was "evicted" or "terminated". I did not get any notice that my Section 8 had been terminated as of 9/1/05 until the EHA sent me a copy of a letter from Mary Eva Upshaw to the manager of Greentree, dated 1/6/05 (I think it should be 2006). I got this copy around 1/10/06 and that was all that was in the envelope.

    4.    My rental assistance has not been paid by the EHA from September of 2005 through today. I cannot afford the $425.00 per month contract rent and the EHA is refusing to pay any assistance for me. My three children and I could face eviction by the landlord at any time and we do not have anywhere to go.

    5.    Without rental assistance through the Section 8 program, I will not be able to afford decent, safe or sanitary housing for my family.

_____
Danyell A. Johnson

Sworn to and subscribed by Danyell Johnson, after having been personally identified, before me the undersigned authority on this the _16th_ day of February, 2006.

_____
Notary Public, State of Alabama

My Commission
Expires 5-15-06

My commission expires:_____