IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANYELL A. JOHNSON, | ) | |
|     PLAINTIFF, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO._____ |
| HOUSING AUTHORITY OF THE CITY OF EUFAULA, a public corporation; TOM WACHS in his official capacity as the Executive Director of the Housing Authority of the City of Eufaula, a public corporation; Mary Eva Upshaw, in her capacity as Section 8 Coordinator of the Housing Authority of the City of Eufaula, a public corporation; and Mary Thomas, in her official capacity as housing manager of the Housing Authority of the City of Eufaula, a public corporation. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |

STATE OF ALABAMA)
COUNTY OF HENRY )

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

COMES NOW Danyell A. Johnson and, being duly sworn, deposes and says the following:

1.    I am the Plaintiff in the above-captioned matter challenging the termination by the Defendants of my rights under the Department of Housing and Urban Development Section 8 program under the U.S. Housing Act of 1937, 42 U.S.C. §1437f.

2.  Under the advice of my attorneys, I believe that I am entitled to the relief prayed for in the complaint.

3.  Because of my poverty, I am unable to pay the costs of this proceeding or to give security for the costs.

4.  I further swear to the truth of the responses that I have made to the questions and instructions below relating to my inability to pay the costs of prosecuting this cause:

   A.  Are you presently employed? Yes. My gross monthly income is $947.19 on the average. I usually average thirty-five (35) hours per week and am paid $6.25 per hour.

   B.  Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends or any other source? No.

   C.  Do you have any cash or any checking or savings account? I do not have any bank accounts. I have right now have 0 in cash on hand.

   D.  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? I am leasing a 1996 Ford Taurus. I do not own any land or the other items mentioned.

   E.  List the persons who are dependent upon you for support and state your relationship to those persons: I have three children who are dependent on me, two daughters who are ages 5 and 3 and one son who is 4. I do not receive any child support payments for them.

_____
Danyell A. Johnson

Sworn to and subscribed by Danyell Johnson, after having been personally identified, before me the undersigned authority on this the  16th  day of February, 2006.

_____
Notary Public, State of Alabama

My Commission Expires 5-15-06

My commission expires:_____