IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANYELL A. JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 1:06-cv-161-MEF |
| | ) |
| HOUSING AUTHORITY OF THE CITY OF EUFAULA, *et al.,* | ) ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that this case is set for a status conference on Tuesday, February 28, 2006, at 2:00 P.M. by telephone arranged by counsel for the plaintiff.

DONE this 27th day of February, 2006.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE