IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANYELL A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-161-MEF |
| ) | |
| HOUSING AUTHORITY OF THE ) | |
| CITY OF EUFAULA, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Based on representations made by the parties during a telephone conference held on February 28, 2006, it appears that they have reached a tentative settlement in this matter. Accordingly, it is hereby ORDERED that

1. Plaintiff's motion for a temporary restraining order (Doc. # 1) is DENIED.

2. If the case has been resolved, the Plaintiff must file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) within 10 days from this date.

3. If the case has not yet been resolved, the Plaintiff must file a status report within 10 days indicating whether the parties need more time to resolve this matter or whether she believes the case cannot be settled at this time and plans on going forward with this lawsuit.

As the Court indicated during the telephone conference, Defendants need not file responsive pleadings at this time. If the Defendants are served, leave will be granted freely

to any Defendants having to file responsive pleadings pending resolution of this matter based upon the representations made to the Court during the telephone status conference held February 28, 2006.

DONE this the 1st day of March, 2006.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE