**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                           TELEPHONE (334) 954-3600

March 7, 2006

# NOTICE OF CORRECTION

**To:**                All Counsel of Record

**From:**              Clerk's Office

**Case Style:**        Danyell A. Johnson v. Housing Authority of the City of Eufaula, et al.

**Case Number:**       #1:06-cv-00161-MEF

**Referenced Document:**   Document #2
                           Motion for Leave to Proceed In Forma Pauperis

**This notice has been docketed to enter the corrected pdf of the signature page of the referenced document into the record. The original pdf contained a signature of an attorney that was signed with permission. The corrected pdf is attached to this notice.**