IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 FEB 22  P 1:41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANYELL A. JOHNSON, | ) |
| PLAINTIFF, | ) |
| vs. | ) CIVIL ACTION NO._____ |
| | ) 1:06CV 161-F |
| HOUSING AUTHORITY OF THE CITY OF EUFAULA, a public corporation; TOM WACHS in his official capacity as the Executive Director of the Housing Authority of the City of Eufaula, a public corporation; Mary Eva Upshaw, in her capacity as Section 8 Coordinator of the Housing Authority of the City of Eufaula, a public corporation; and Mary Thomas, in her official capacity as housing manager of the Housing Authority of the City of Eufaula, a public corporation. | ) |

**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

COMES NOW the Plaintiff, Danyell A. Johnson, and pursuant to 28 U.S.C. §1915, moves the Court to allow her to proceed *in forma pauperis* on the grounds that she is indigent and unable to pay the filing fees or to give security therefor.

This Motion is based on Plaintiff's Affidavit in Support of Application to Proceed *In Form Pauperis* attached hereto as Exhibit "A".

Kenneth Jay 3/7/06

_____
KENNETH J. LAY, Attorney for Plaintiff
Legal Services Alabama
P. O. Box 11765
Birmingham, AL 35202
(205) 397-6540

SCANNED
08 22 06



_____
MARY JANE OAKLEY, Attorney for Plaintiff
Legal Services Alabama
1415 Honeysuckle Road, Suite 2
Dothan, AL 36305
(334) 793-7932 (ext. 104)