IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 MAR 10  P 4: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DANYELL A. JOHNSON | ) |
| | ) |
| Vs. | ) CASE NUMBER: 1: 06-CV-00161-MEF |
| | ) |
| HOUSING AUTHORITY OF THE | ) |
| CITY OF EUFAULA, et al. | ) |

## MOTION FOR ADDITIONAL TIME

COMES NOW, The Plaintiff by and through her attorney of record, Kenneth J. Lay, and files this motion for additional time for settlement negotiations, and for grounds therefor states the following:

1. That this Court entered an Order on or about February 28, 2006 allowing the parties a period of ten days to negotiate a potential settlement. The Order provided that the Plaintiff was either to notify the Court within ten days that a settlement had been reached or to ask for additional time to negotiate a settlement.

2. That as of this date, the parties have not reached a settlement of all the issues. The parties have been waiting for the landlord to provide an accounting of all rent and other charges due. The parties are still waiting on this information and said information is necessary before a formal settlement can be reached. That information should be available shortly.

3. That the parties still believe that a settlement of all the issues in this case can be reached but require additional time to formalize said settlement.

4. That neither party will be prejudiced by allowing for this additional time and the allowance of said time will promote judicial economy.

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays that this honorable Court will grant her motion and allow additional time to continue settlement negotiations

RESPECTFULLY SUBMITTED:

_____
KENNETH J. LAY
ATTORNEY FOR THE PLAINTIFF
LEGAL SERVICES ALABAMA, INC.
P. O. BOX 11765
BIRMINGHAM, ALABAMA 35202
(205) 397-6540


CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon the Attorney for the Defendant, Joel P. Smith, P. O. Box 880 Eufaula, Alabama 36072-0880, by placing a copy of same in the U. S. Mail first class postage prepaid, on this the 10th day of March, 2006.

_____
KENNETH J. LAY