IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANYELL A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-161-MEF |
| ) | |
| HOUSING AUTHORITY OF THE ) | |
| CITY OF EUFAULA, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Additional Time (Doc. # 6). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Plaintiff must file either a notice of dismissal or a status report on or before March 20, 2006.

DONE this 15th day of March, 2006.

                                                 /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE