IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANYELL A. JOHNSON, <br><br>    PLAINTIFF, <br><br>vs. <br><br>HOUSING AUTHORITY OF THE CITY OF EUFAULA, a public corporation; TOM WACHS in his official capacity as the Executive Director of the Housing Authority of the City of Eufaula, a public corporation; Mary Eva Upshaw, in her capacity as Section 8 Coordinator of the Housing Authority of the City of Eufaula, a public corporation; and Mary Thomas, in her official capacity as housing manager of the Housing Authority of the City of Eufaula, a public corporation. | ) <br> ) <br> )   CIVIL ACTION NO. 1:06-CV-00161-MEF |

**STATUS REPORT**

      COMES NOW the Plaintiff, by and through her attorneys of record, to file this Status Report to state that:

      1.     Counsel for the parties have a verbal settlement agreement reached as of today, 3/20/06;

      2.     Written confirmation of the agreement should be available to counsel for the Plaintiff within two to three days;

      3.     Upon receipt of the written verification of the agreement, counsel for the Plaintiff will file a Motion to Dismiss, anticipating that this will be done by no later than Friday, March

24, 2006.

                                      Respectfully submitted,

                                      /s Mary Jane Oakley
                                      Attorney for Plaintiff