IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANYELL A. JOHNSON,

    PLAINTIFF,

vs.    CIVIL ACTION NO. 1:06-CV-00161-MEF

HOUSING AUTHORITY OF THE CITY
OF EUFAULA, a public corporation;
TOM WACHS in his official capacity as the
Executive Director of the Housing
Authority of the City of Eufaula,
a public corporation; Mary Eva Upshaw,
in her capacity as Section 8 Coordinator
of the Housing Authority of the City of
Eufaula, a public corporation; and Mary
Thomas, in her official capacity as housing
manager of the Housing Authority of the City
of Eufaula, a public corporation.

## NOTICE OF DISMISSAL

    COMES NOW the Plaintiff, by and through her counsel of record, and files this Notice of Dismissal pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, on the basis that:

    1.    The Defendants have not yet filed any answer nor motion for summary judgment; and

    2.    The parties have reached a settlement of the issues as evidenced by the attached letters (Exhibits 1 and 2).

    WHEREFORE, the Plaintiff prays that the record of this Court will reflect that the action has been dismissed.

Respectfully submitted,

/s Mary Jane Oakley
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on Joel P. Smith, Jr., counsel for the Defendants by both facsimile transmission and by placing a copy of same in the U.S. Mail with sufficient first class postage affixed thereto on this the 24th day of March, 2006.

/s Mary Jane Oakley
Attorney for Plaintiff

# WILLIAMS, POTTHOFF, WILLIAMS & SMITH, L.L.C.

ATTORNEYS AT LAW

COURTNEY R. POTTHOFF
JOEL P. SMITH, JR.

125 SOUTH ORANGE AVENUE
EUFAULA, ALABAMA 36027

MAILING ADDRESS:
POST OFFICE BOX 880
EUFAULA, ALABAMA 36072-0880

OF COUNSEL
HORACE G. WILLIAMS

HORACE G. "CHIP" WILLIAMS, III
(1961-2002)

TELEPHONE: (334) 687-5834
FACSIMILE: (334) 687-5722

RECEIVED FEB 24 2006 BY:

February 22, 2006



PLAINTIFF'S EXHIBIT 1

**VIA FACSIMILE (334) 793-2882**
Ms. Mary Jane Oakley, Esq.
Legal Services Alabama
Dothan Regional Office
1415 Honeysuckle Road, Suite 2
Dothan, Alabama 36305

    RE:    Danyell Johnson v. Eufaula Housing Authority

Dear Ms. Oakley:

    I have reviewed Section 982.311 of the HUD regulations with my client, and we agree that the Section 8 payments were stopped prematurely. Therefore, we are willing to reinstate her payments. Please call me to discuss the details of this at your earliest convenience.

                              Very truly yours,

                              WILLIAMS, POTTHOFF, WILLIAMS
                              & SMITH, L.L.C.

                              Joel P. Smith, Jr.

JPS,Jr./shs

cc:    Mr. Tom Wachs, Eufaula Housing Authority

# WILLIAMS, POTTHOFF, WILLIAMS & SMITH, L.L.C.

ATTORNEYS AT LAW

COURTNEY R. POTTHOFF
JOEL P. SMITH, JR.

125 SOUTH ORANGE AVENUE
EUFAULA, ALABAMA 36027

MAILING ADDRESS:
POST OFFICE BOX 880
EUFAULA, ALABAMA 36072-0880

OF COUNSEL
HORACE G. WILLIAMS

HORACE G. "CHIP" WILLIAMS, III
(1961-2002)

TELEPHONE: (334) 687-5834
FACSIMILE: (334) 687-5722

RECEIVED
MAR 22 2006

PLAINTIFF'S EXHIBIT 2

March 20, 2006

**VIA FACSIMILE (334) 793-2882**
Mary Jane Oakley, Esq.
Legal Services Alabama
Dothan Regional Office
1415 Honeysuckle Road, Suite 2
Dothan, Alabama  36305

  RE: Danyell Johnson v. Eufaula Housing Authority

Dear Ms. Oakley:

  This will confirm our agreement that Eufaula Housing Authority will pay $2,110.00 to Greentree on behalf of your client. Please call if you have any questions.

        Very truly yours,

        WILLIAMS, POTTHOFF, WILLIAMS
        & SMITH, L.L.C.

        Joel P. Smith, Jr.

JPS,Jr./shs

cc: Mr. Tom Wachs