IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DANYELL A. JOHNSON,              )
                                 )
        Plaintiff,               )
v.                               )    CASE NO. 1:06-cv-161-MEF
                                 )
HOUSING AUTHORITY OF THE CITY    )
OF EUFAULA, *et al.,*            )
                                 )
        Defendants.              )

## JUDGMENT

Upon consideration of plaintiff's Notice of Dismissal (Doc. #9) filed on March 24, 2006, it is hereby

ORDERED that this case is DISMISSED without prejudice, pursuant to the provisions of rule 41(a)(1) of the Federal Rules of Civil Procedure.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of March, 2006.


                          _____
                               /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE